UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD SATISH EMRIT,

                Plaintiff,

-against-

SPECIAL AGENT IN CHARGE OF FBI FIELD OFFICE IN SOUTHERN DISTRICT OF NEW YORK (SDNY),

                Defendant.

1:23-CV-2540 (LTS)

ORDER OF DISMISSAL UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

    In an order dated May 16, 2014, the court barred Plaintiff from filing any future civil action *in forma pauperis* ("IFP") in this court without first obtaining from the court leave to file. *See Emrit v. AOL Time Warner*, ECF 1:14-CV-0314, 13 (S.D.N.Y. May 16, 2014). Plaintiff originally filed this *pro se* action in the United States District Court for the District of Connecticut, where he originally sought leave to proceed IFP. By order dated February 14, 2023, that court transferred this action here. (ECF 8.) Plaintiff has not sought leave to file from the transferor court or from this court. Accordingly, the Court dismisses this action without prejudice due to Plaintiff's failure to comply with the court's May 16, 2014, order in *Emrit*, 1:14-CV-0314. The Court denies all pending motions as moot.

    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter judgment in this action.

SO ORDERED.

Dated:   April 4, 2023
         New York, New York

                                            /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                        Chief United States District Judge